UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | |
|---|---|
| PENNY LEWIS, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>PENDLETON COMMUNITY BANK, INC.,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00012-TSK |

**JOINT MOTION TO CONTINUE DEADLINES IN SCHEDULING ORDER**

Plaintiff Penny Lewis ("Plaintiff") and Defendant Pendleton Community Bank, Inc. ("Defendant," collectively, the "Parties"), by and through the undersigned counsel, and pursuant to LR Civ. P 16.01(f), hereby jointly move this Court to enter an order continuing certain deadlines governing the class certification phase of this case. Good cause exists to extend these deadlines because the parties have been working diligently on discovery in this matter, including Defendant's review of Plaintiff's requests relating to items from Defendant's discovery responses and the scheduling of depositions. The Parties' proposed deadlines will not prejudice either party and will not delay the trial, which has not yet been set. The parties propose the following schedule:

| Event | Current Deadline | New Proposed Deadline with three possible non-consecutive dates |
|---|---|---|
| Plaintiff's Class Certification Expert Disclosures | December 16, 2024 | April 18, 2025 |
| Defendant's Class Certification Expert Disclosures | January 14, 2025 | May 16, 2025 |

1

| Event | Current Deadline | New Proposed Deadline with three possible non-consecutive dates |
|---|---|---|
| Plaintiff's Reply Class Certification Expert Disclosures | February 7, 2025 | June 6, 2025 |
| Completion of Fact and Class Certification Discovery[1] | February 20, 2025 | June 20, 2025 |
| Plaintiff's Motion for Class Certification | April 7, 2025 | August 15, 2025 |
| Defendant's Response to Motion for Class Certification | May 8, 2025 | September 12, 2025 |
| Plaintiff's Reply to Response to Motion for Class Certification | May 22, 2025 | September 26, 2025 |

WHEREFORE, the parties respectfully request that the Court enter an order continuing the deadlines set forth above or, in the alternative, hold a scheduling conference on this matter.

Dated: December 13, 2024

Respectfully submitted,

/s/ Rodney A. Smith
Rodney A. Smith, Esquire (WVSB #9750)
M. Alex Urban (WVSB # 13480)
ROD SMITH LAW PLLC
108 ½ Capitol St., Suite 300
Charleston, WV 25301
Telephone: (304) 342-0550
Facsimile: (304) 344-5529

/s/ Angela L. Beblo (w/permission RAS @ 9750)
Charles Dunbar (WVBN 1071)
M. Shane Harvey (WVBN 6604)
Angela L. Beblo (WVBN 10345)
JACKSON KELLY PLLC
500 Lee Street E, Suite 1600
P.O. Box 553 (25322)

---

[1] Based upon the current scheduling order, the parties request that the Court hold a scheduling conference after the Court determines the issue of class certification to address additional time, if any, for additional discovery and other substantive items. The reason for this request is that, after the issue of class certification is decided, additional discovery may be needed by either party in order to file a summary judgment motion or prepare for trial. *Singh v. Lenovo (United States) Inc*., 2021 WL 1516032, at *3-4 (D. Md. April 16, 2021) (noting the continuing relevance of merits discovery beyond the class certification stage); *Wilson v. Eagle Nat'l Bank*, 2023 WL 2478933, at *5 (D. Md. Mar. 13, 2023) (allowing the parties to engage in class certification discovery and allowing "merits discovery [to] continue post-certification").

Rod@LawWV.com
aurban@LawWV.com

J. Gerard Stranch, IV, *pro hac vice*
Martin F. Schubert, *pro hac vice*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Telephone: (615) 254-8801
Facsimile: (615) 255-5419
gstranch@stranchlaw.com
mschubert@stranchlaw.com

Lynn A. Toops, *pro hac vice*
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593
ltoops@cohenandmalad.com

 *Attorneys for Plaintiff and the Putative Classes*

Charleston, WV 25301
Phone: (304) 340-1000
sharvey@jacksonkelly.com
CDUNBAR@jacksonkelly.com
angela.beblo@jacksonkelly.com

*Counsel for Defendant*

3

4897-3703-9366.v1

**CERTIFICATE OF SERVICE**

      I certify that on December 13, 2024, a copy of the foregoing JOINT MOTION TO CONTINUE CLASS CERTIFICATION DEADLINES, was filed via the CM/ECF electronic filing system and sent to the following via electronic mail:

Charles Dunbar (WVBN 1071)
M. Shane Harvey (WVBN 6604)
Angela L. Beblo (WVBN 10345)
JACKSON KELLY PLLC
500 Lee Street E, Suite 1600
P.O. Box 553 (25322)
Charleston, WV 25301
Phone: (304) 340-1000

*Counsel for Defendant*

                                            */s/ Rodney A. Smith*
                                            Rodney A. Smith, Esquire (WVSB #9750)