# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA
# WHEELING DIVISION

| | |
|---|---|
| PENNY LEWIS, on behalf of herself and all others similarly situated, ) ) ) | |
| Plaintiff, ) | Case No. 2:22-cv-12-TSK |
| ) v. ) ) | |
| PENDLETON COMMUNITY BANK, INC., ) ) ) | |
| Defendant. ) | |

## JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Penny Lewis and Defendant Pendleton Community Bank, Inc., by their respective counsel, under Federal Rule of Civil Procedure 23(e)(1), respectfully move the Court to grant preliminary approval to the Class Action Settlement Agreement (attached as Exhibit 1) by entering the tendered, agreed Preliminary Approval Order and to set this matter for a final approval hearing approximately 90 days from entry of the Preliminary Approval Order.

Plaintiff has submitted a memorandum in support of this motion, along with the proposed agreed Preliminary Approval Order.

Dated: Dec. 12, 2025

/s/ *Rodney Smith*
Rodney A. Smith, Esquire (WVSB # 9750)
**ROD SMITH LAW PLLC**
108½ Capitol Street, Suite 300
Charleston, West Virginia 25301
Phone: 304-342-0550
Fax: 304-344-5529
rod@LawWV.com

Respectfully submitted,

/s/ *Angela L. Beblo*
Angela L. Beblo (WEBN 10345)
**JACKSON KELLY PLLC**
500 Lee Street E, Suite 1600
P.O. Box 553 (25322)
Charleston, West Virginia 25301
Phone: (304) 340-1000
Angela.beblo@jacksonkelly.com

*Counsel for Defendant*

Lynn A. Toops, *pro hac vice*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com

Marty Schubert, *pro hac vice*
**STRANCH, JENNINGS & GARVEY, PLLC**
223 Rosa L. Parks Avenue,
Suite 200 Nashville, Tennessee 37203
Telephone: (615) 254-8801
mschubert@stranchlaw.com

*Counsel for Plaintiff and the Proposed Settlement Class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12/12/2025, the foregoing was served via the Court's electronic filing system to all counsel of record.

Angela L. Beblo (WEBN 10345)
**JACKSON KELLY PLLC**
500 Lee Street E, Suite 1600
P.O. Box 553 (25322)
Charleston, West Virginia 25301
Phone: (304) 340-1000
Angela.beblo@jacksonkelly.com
*Counsel for Defendant*

/s/ *Rodney A. Smith*
Rodney A. Smith (WVSB # 9750)